AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

JOHN B. ODOMS,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

                  CASE NUMBER: **3:13-cv-00529-MMD-WGC**

WARDEN I. BACA,

    Respondent.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is dismissed as an unauthorized second or successive petition. The dismissal is without prejudice to petitioner's right to return to this Court should he receive the required authorization from the Court of Appeals for the Ninth Circuit. It is further ordered that no certificate of appealability is granted.

  September 26, 2013                                      **LANCE S. WILSON**
                                                                              Clerk

                                                                     /s/ D. R. Morgan
                                                                      Deputy Clerk